Shawe v Elting (2020 NY Slip Op 02374)





Shawe v Elting


2020 NY Slip Op 02374


Decided on April 23, 2020


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on April 23, 2020

Acosta, P.J., Richter, Manzanet-Daniels, Gische, Kapnick, JJ.


11414 155890/14

[*1]Philip Shawe, Plaintiff-Appellant,
v
Elizabeth Elting, Defendant-Respondent.



An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York (Debra A. James, J.), entered on or about February 7, 2018,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated March 10, 2020,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: APRIL 23, 2020
CLERK